**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| Echoe Camacho, and by and through her, T.C., her minor child, <br><br> Individually and on behalf of all others similarly situated, <br>          Plaintiff, <br><br>     v. <br><br><br> NEC Networks, LLC d/b/a CaptureRx and Rite Aid Corporation, <br><br>          Defendant. | Case No. 2:21-cv-01004-KJM-AC <br><br> **ORDER GRANTING STIPULATION TO TRANSFER THE CASE TO WESTERN DISTRICT OF TEXAS PURSUANT TO 28 USC § 1404** <br><br><br> Complaint Filed: June 4, 2021 <br> Trial Date:  TBD |

# ORDER

Based on the Joint Stipulation of the parties, and good cause appearing,

**IT IS HEREBY ORDERED** that the case is transferred pursuant 28 USC § 1404 to the United States District Court in the Western District of Texas.

DATED:  October 7, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE